ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 3 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| DEMONTE TRETION KELLY (1)<br>LEJAEL JUSTUS RUDLEY (2)<br>ERICK MONTGOMERY (3) | 3-20CR0300-B |

# INDICTMENT

The Grand Jury charges:

Count One
Stealing a Firearm from the Business Inventory of a Federally Licensed Dealer
(Violation of 18 U.S.C. §§ 922(u), 924(i)(1), and 2)

On or about May 31, 2020, in the Dallas Division of the Northern District of Texas, **Demonte Tretion Kelly**, **Lejael Justus Rudley**, and **Erick Montgomery**, the defendants, aiding and abetting one another, did knowingly and unlawfully steal, take, and carry away from DFW Gun Range, the premises of a person who was then licensed to engage in the business of dealing in firearms, the following firearms:

1. a Heckler and Koch, Model HK45 TAC, .45 caliber pistol, bearing serial number HKU-047769;

2. a Heckler and Koch, Model HK45, .45 caliber pistol, bearing serial number KU-021617;

3. a Smith and Wesson, Model M&P 15-22, .22 caliber rifle, bearing serial number HCD4734;

4. a Glock, Model 44, .22 caliber pistol, bearing serial number ADPR626;

Indictment—Page 1

5. a Glock, Model 41, .45 caliber pistol, bearing serial number ADXN963;

6. a Glock, Model 35, .40 caliber pistol, bearing serial number BLHT877;

7. a Glock, Model 41, .45 caliber pistol, bearing serial number YWE227;

8. a SCCY, Model CPX-2, 9mm pistol, bearing serial number 901733;

9. a SCCY, Model CPX-2, 9mm pistol, bearing serial number 901728;

10. a Sig Sauer, Model P365, 9mm pistol, bearing serial number 66A823343;

11. a Canik, Model TP-9, 9mm pistol, bearing serial number 20BC13120;

12. a CZ, Model 97BD, .45 caliber pistol, bearing serial number D102645;

13. a CZ, Model P-10, 9mm pistol, bearing serial number C948636;

14. a CZ, Model P-10, 9mm pistol, bearing serial number D185135;

15. a CZ, Model 75 B, 9mm pistol, bearing serial number D187346;

16. a Walther, Model PPQ M2, 9mm pistol, bearing serial number FCW8175;

17. a Troy, Model Carbine, 5.56mm rifle, bearing serial number DSE003806;

18. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E003389;

19. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E002212;

20. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E002984;

21. a Sig Sauer, Model 1911 SUB TAR, .45 caliber pistol, bearing serial number 54B079201;

22. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDU4835;

23. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDU1341;

24. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDX0519;

25. a Smith & Wesson, Model M&P, .380 caliber pistol, bearing serial number NFK1580;

26. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDP5111;

27. a Smith & Wesson, Model M&P 45, .45 caliber pistol, bearing serial number NFE7398;

28. a Smith & Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number JCN1442;

29. a Smith & Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number HXE7370;

30. a Springfield, Model Aficionado, .45 caliber pistol, bearing serial number NM531012;

31. a FN Herstal, Model 509 Tactical, 9mm pistol, bearing serial number GKS0080219;

32. a FN Herstal, Model FN45 Tactical, .45 caliber pistol, bearing serial number FX3U133070;

33. a FN Herstal, Model 509 Tactical, 9mm pistol, bearing serial number GKS0080342;

34. a FN Herstal, Model 503, 9mm pistol, bearing serial number CV006942;

35. a DPMS, Model A-15, 5.56mm rifle, bearing serial number F006675;

36. a Walther, Model PPQ M2, 9mm pistol, bearing serial number FCY3689;

37. a Ruger, Model LCP2, .380 caliber pistol, bearing serial number 380348122;

38. a Ruger, Model Mark IV, .22 caliber pistol, bearing serial number 500212028;

39. a Kimber, Model Royal II, .45 caliber pistol, bearing serial number K473238;

40. a Springfield, Model XDE, 9mm pistol, bearing serial number AT112492; and

41. a Heckler and Koch, Model P30, .40 caliber pistol, bearing serial number 219-021623;

which were part of the licensee's business inventory and had been shipped or transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(u), 924(i)(1), and 2.

Count Two
Possession of a Stolen Firearm
(Violation of 18 U.S.C. §§ 922(j), 924(a)(2), and 2)

On or about May 31, 2020, in the Dallas Division of the Northern District of Texas, **Demonte Tretion Kelly**, **Lejael Justus Rudley**, and **Erick Montgomery**, the defendants, aiding and abetting one another, did knowingly possess the following stolen firearms:

1. a Heckler and Koch, Model HK45 TAC, .45 caliber pistol, bearing serial number HKU-047769;

2. a Heckler and Koch, Model HK45, .45 caliber pistol, bearing serial number KU-021617;

3. a Smith and Wesson, Model M&P 15-22, .22 caliber rifle, bearing serial number HCD4734;

4. a Glock, Model 44, .22 caliber pistol, bearing serial number ADPR626;

5. a Glock, Model 41, .45 caliber pistol, bearing serial number ADXN963;

6. a Glock, Model 35, .40 caliber pistol, bearing serial number BLHT877;

7. a Glock, Model 41, .45 caliber pistol, bearing serial number YWE227;

8. a SCCY, Model CPX-2, 9mm pistol, bearing serial number 901733;

9. a SCCY, Model CPX-2, 9mm pistol, bearing serial number 901728;

10. a Sig Sauer, Model P365, 9mm pistol, bearing serial number 66A823343;

11. a Canik, Model TP-9, 9mm pistol, bearing serial number 20BC13120;

12. a CZ, Model 97BD, .45 caliber pistol, bearing serial number D102645;

13. a CZ, Model P-10, 9mm pistol, bearing serial number C948636;

14. a CZ, Model P-10, 9mm pistol, bearing serial number D185135;

15. a CZ, Model 75 B, 9mm pistol, bearing serial number D187346;

16. a Walther, Model PPQ M2, 9mm pistol, bearing serial number FCW8175;

17. a Troy, Model Carbine, 5.56mm rifle, bearing serial number DSE003806;

18. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E003389;

19. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E002212;

20. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E002984;

21. a Sig Sauer, Model 1911 SUB TAR, .45 caliber pistol, bearing serial number 54B079201;

22. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDU4835;

23. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDU1341;

24. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDX0519;

25. a Smith & Wesson, Model M&P, .380 caliber pistol, bearing serial number NFK1580;

26. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDP5111;

27. a Smith & Wesson, Model M&P 45, .45 caliber pistol, bearing serial number NFE7398;

28. a Smith & Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number JCN1442;

29. a Smith & Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number HXE7370;

30. a Springfield, Model Aficionado, .45 caliber pistol, bearing serial number NM531012;

31. a FN Herstal, Model 509 Tactical, 9mm pistol, bearing serial number GKS0080219;

32. a FN Herstal, Model FN45 Tactical, .45 caliber pistol, bearing serial number FX3U133070;

33. a FN Herstal, Model 509 Tactical, 9mm pistol, bearing serial number GKS0080342;

34. a FN Herstal, Model 503, 9mm pistol, bearing serial number CV006942;

35. a DPMS, Model A-15, 5.56mm rifle, bearing serial number F006675;

36. a Walther, Model PPQ M2, 9mm pistol, bearing serial number FCY3689;

37. a Ruger, Model LCP2, .380 caliber pistol, bearing serial number 380348122;

38. a Ruger, Model Mark IV, .22 caliber pistol, bearing serial number 500212028;

39. a Kimber, Model Royal II, .45 caliber pistol, bearing serial number K473238;

40. a Springfield, Model XDE, 9mm pistol, bearing serial number AT112492; and

    41.    a Heckler and Koch, Model P30, .40 caliber pistol, bearing serial number 219-021623;

which had been shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to believe that the firearms were stolen.

In violation of 18 U.S.C. §§ 922(j), 924(a)(2), and 2.

Forfeiture Notice
(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))

Upon conviction for any of the offenses alleged in Counts One and Two of this indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **Demonte Tretion Kelly**, **Lejael Justus Rudley**, and **Erick Montgomery**, shall forfeit to the United States any firearms involved or used in the commission of the respective offense. The property includes, but is not limited to, the following:

1. a Heckler and Koch, Model HK45 TAC, .45 caliber pistol, bearing serial number HKU-047769;

2. a Heckler and Koch, Model HK45, .45 caliber pistol, bearing serial number KU-021617;

3. a Smith and Wesson, Model M&P 15-22, .22 caliber rifle, bearing serial number HCD4734;

4. a Glock, Model 44, .22 caliber pistol, bearing serial number ADPR626;

5. a Glock, Model 41, .45 caliber pistol, bearing serial number ADXN963;

6. a Glock, Model 35, .40 caliber pistol, bearing serial number BLHT877;

7. a Glock, Model 41, .45 caliber pistol, bearing serial number YWE227;

8. a SCCY, Model CPX-2, 9mm pistol, bearing serial number 901733;

9. a SCCY, Model CPX-2, 9mm pistol, bearing serial number 901728;

10. a Sig Sauer, Model P365, 9mm pistol, bearing serial number 66A823343;

11. a Canik, Model TP-9, 9mm pistol, bearing serial number 20BC13120;

12. a CZ, Model 97BD, .45 caliber pistol, bearing serial number D102645;

13. a CZ, Model P-10, 9mm pistol, bearing serial number C948636;

14. a CZ, Model P-10, 9mm pistol, bearing serial number D185135;

15. a CZ, Model 75 B, 9mm pistol, bearing serial number D187346;

16. a Walther, Model PPQ M2, 9mm pistol, bearing serial number FCW8175;

17. a Troy, Model Carbine, 5.56mm rifle, bearing serial number DSE003806;

18. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E003389;

19. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E002212;

20. a Sig Sauer, Model 224, .40 caliber pistol, bearing serial number 50E002984;

21. a Sig Sauer, Model 1911 SUB TAR, .45 caliber pistol, bearing serial number 54B079201;

22. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDU4835;

23. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDU1341;

24. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDX0519;

25. a Smith & Wesson, Model M&P, .380 caliber pistol, bearing serial number NFK1580;

26. a Smith & Wesson, Model M&P, 9mm pistol, bearing serial number JDP5111;

27. a Smith & Wesson, Model M&P 45, .45 caliber pistol, bearing serial number NFE7398;

28. a Smith & Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number JCN1442;

29. a Smith & Wesson, Model M&P 45 Shield, .45 caliber pistol, bearing serial number HXE7370;

30. a Springfield, Model Aficionado, .45 caliber pistol, bearing serial number NM531012;

31. a FN Herstal, Model 509 Tactical, 9mm pistol, bearing serial number GKS0080219;

32. a FN Herstal, Model FN45 Tactical, .45 caliber pistol, bearing serial number FX3U133070;

33. a FN Herstal, Model 509 Tactical, 9mm pistol, bearing serial number GKS0080342;

34. a FN Herstal, Model 503, 9mm pistol, bearing serial number CV006942;

35. a DPMS, Model A-15, 5.56mm rifle, bearing serial number F006675;

36. a Walther, Model PPQ M2, 9mm pistol, bearing serial number FCY3689;

37. a Ruger, Model LCP2, .380 caliber pistol, bearing serial number 380348122;

38. a Ruger, Model Mark IV, .22 caliber pistol, bearing serial number 500212028;

39. a Kimber, Model Royal II, .45 caliber pistol, bearing serial number K473238;

40. a Springfield, Model XDE, 9mm pistol, bearing serial number AT112492; and

41. a Heckler and Koch, Model P30, .40 caliber pistol, bearing serial number 219-021623.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOSEPH A. MAGLIOLO
Assistant United States Attorney
Texas State Bar No. 24074634
1100 Commerce, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
E-mail: joseph.magliolo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DEMONTE TRETION KELLY (1)
LEJAEL JUSTUS RUDLEY (2)
ERICK MONTGOMERY (3)

INDICTMENT

18 U.S.C. §§ 922(u), 924(i)(1), and 2
Stealing a Firearm from the Business Inventory of a Federally Licensed Dealer
(Count 1)

18 U.S.C. §§ 922(j), 924(a)(2), and 2
Possession of a Stolen Firearm
(Count 2)

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                              FOREPERSON

Filed in open court this 23rd day of June, 2020.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:      3:20-MJ-00548-BN
                              3:20-MJ-00564-BT